No. 03–10736. CAZARES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10737. TITTI SAMBA v. ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 03–10738. SANTO v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10739. VITEK v. SPIEZIO. C. A. 6th Cir. Certiorari denied.

No. 03–10740. BASKIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10741. DOMINGUEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10743. RILEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10744. ROMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10746. PEREZ v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10747. PASTRANA LOPEZ, AKA LOPEZ PASTRANA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 03–10748. MATA-RAMOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10749. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10750. KLEIN v. WHITE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10751. JOSEPH v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10753. AREY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.